UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE FLATGLASS ANTITRUST LITIGATION | MDL NO. 1200 and <br><br> MASTER FILE NO. 97-550 |
| THIS DOCUMENTS RELATES TO: <br><br> ALL ACTIONS | |

### ORDER OF COURT

AND NOW, this 9th day of Aug, 2005, upon consideration of PPG Industries, Inc.'s MOTION AND MEMORANDUM TO STRIKE PLAINTIFFS' NEW EXPERTS REPORTS OR, ALTERNATIVELY, REQUESTING THAT THE COURT EXTEND PPG'S EXPERT REPORT DEADLINE, together with the response and reply memoranda filed in conjunction with same, it is hereby ORDERED, that the motion is denied. Defendant's expert report deadline is August 17, 2005.

BY THE COURT

Donetta W. Ambrose

10